

1 | DELTA LAW GROUP
  | A PROFESSIONAL LAW CORPORATION
2 | JIM G. PRICE, ESQ., SBN 119324
  | 6569 BRENTWOOD BOULEVARD
3 | P.O. BOX 1417
  | BRENTWOOD, CA  94513
4 | TELEPHONE:  925-516-4686
  | FACSIMILE:  925-516-4058
5 |
  | Attorneys for Plaintiff
6 | JOSHUA HAISLIP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**TEH**

| JOSHUA HAISLIP, an individual, | ) | Case No. **CV 13 1324** |
| | ) | |
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR DAMAGES** |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| CONVERGENT OUTSOURCING, INC., a | ) | |
| Washington corporation, and | ) | |
| DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## INTRODUCTION

1.   The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote

VERIFIED COMPLAINT FOR DAMAGES                                    Page 1

the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq

(hereinafter "FDCPA"), to eliminate abusive debt collection

practices by debt collectors, to insure that those debt

collectors who refrain from using abusive debt collection

practices are not competitively disadvantaged, and to promote

consistent State action to protect consumers against debt

collection abuses.[1]

2.    The California legislature has determined that the

banking and credit system and grantors of credit to consumers

are dependent upon the collection of just and owing debts and

that unfair or deceptive collection practices undermine the

public confidence that is essential to the continued functioning

of the banking and credit system and sound extensions of credit

to consumers.  The Legislature has further determined that there

is a need to ensure that debt collectors exercise this

responsibility with fairness, honesty and due regard for the

debtor's rights and that debt collectors must be prohibited from

engaging in unfair or deceptive acts or practices.[2]

3.    JOSHUA HAISLIP (hereinafter "Plaintiff"), by

Plaintiff's attorneys, brings this action to challenge the

actions of CONVERGENT OUTSOURCING, INC., (hereinafter "Defendant

---

[1] 15 U.S.C. 1692(a)-(e)

[2] Cal. Civ. Code 1788.1(a)-(b)

VERIFIED COMPLAINT FOR DAMAGES                                           Page 2

1  CONVERGENT"), with regard to attempts by Defendants, debt

2  collectors, to unlawfully and abusively collect a debt allegedly

3  owed by Plaintiff, and this conduct caused Plaintiff's damages.

4      4.    For the purposes of this Verified Complaint for

5  Damages, unless otherwise indicated, "Defendant" includes all

6  agents, employees, officers, members, directors, heirs,

7  successors, assigns, principals, trustees, sureties, subrogees,

8  representatives and insurers of Defendant(s) named in this

9  caption.

10

## JURISDICTION AND VENUE

11

12      5.    Jurisdiction of this Court arises pursuant to 28

13  U.S.C. § 1331 and 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1367 for

14  supplemental state law claims.

15      6.    This action arises out of Defendants' violations of

16  the following:  the Rosenthal Fair Debt Collection Practices

17  Act, California Civil Code §§ 1788-1788.32 (RFDCPA), the Fair

18  Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

19      7.    Because Defendants do business within the State of

20  California, personal jurisdiction is established.

21      8.    Venue is proper pursuant to 28 U.S.C. §1391.

22

## PARTIES

23

24      9.    Plaintiff is a natural person who resides in the

25  County of Contra Costa, State of California and is obligated or

VERIFIED COMPLAINT FOR DAMAGES                                    Page 3

allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

10.   Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is "debtor" as that term is defined by California Civil Code § 1788.2(h).

11.   Plaintiff is informed and believes, and thereon alleges, that Defendant CONVERGENT is a company operating from the City of Renton, State of Washington.

12.   Plaintiff is informed and believes, and thereon alleges, that Defendants are persons who use an instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and are "debt collectors" as that term is defined in 15 U.S.C. § 1692a(6).

13.   Plaintiff is informed and believes, and thereon alleges, that Defendants are not attorneys or counselors at law and are persons who, in the ordinary course of business, regularly, on behalf of themselves or others, engages in debt collection as that term is defined by California Civil Code §

1788.2(b), and are "debt collectors" as that term is defined by California Civil Code § 1788.2(c).

14.   This case involves money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction.  As such, this action arises out of a "consumer debt" and "consumer credit" as those terms are defined by Cal. Civ. Code § 1788.2(f).

## FACTUAL ALLEGATIONS

15.   At all times relevant, Plaintiff is an individual residing within the State of California.

16.   Plaintiffs are informed and believe, and thereon allege, that at all times relevant Defendants conducted business in the State of California.

17.   These financial obligations were primarily for personal, family, or household purposes and are therefore "debt(s)" as that term is defined by 15 U.S.C. §1692a(5).

18.   On or about January 2, 2013, Defendant CONVERGENT wrote to Plaintiff on the account of Entergy-Mississippi Gt, Client Account #0002040978 and its Account #R-45133033 stating a balance of $533.01 was due in full, when, in fact, Plaintiff owed nothing.

19.   On or about January 2, 2013, Defendant CONVERGENT wrote to Plaintiff on the account of Entergy-New Orleans Lt,

1 Client Account #0004180616 and its Account #R-45119752 stating a

2 balance of $164.10 was due in full, when, in fact, Plaintiff

3 owed nothing.

4     20.   On or about January 1, 2013, Defendant CONVERGENT

5 wrote to Plaintiff on the account of LVNV Funding LLC, Client

6 Account #439587680 and its Account #S-6835095 stating a balance

7 of $582.19 was due in full, when, in fact, Plaintiff owed

8 nothing.

9

10     21.   These writings to Plaintiff were "communications" as

11 that term is defined by 15 U.S.C. §1692a(2), a "debt collection"

12 as that term is defined by California Civil Code §1788.2(b).  As

13 such, this action by Defendant CONVERGENT violated 15 U.S.C.

14 §§1692e.   Because Defendant CONVERGENT'S actions violated 15

15 U.S.C. §§1692e, Defendant CONVERGENT also violated California

16 Civil Code §1788.17.

17

18                **CAUSES OF ACTION CLAIMED BY PLAINTIFF**

19                         **COUNT I**

20      **VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

21               **15 U.S.C. § 1692 et seq.**

22     22.   Plaintiff incorporates by reference all of the above

23 paragraphs of this Complaint as though fully stated herein.

24     23.   The foregoing acts and omissions of Defendants

25 constitute numerous and multiple violations of the FDCPA,

VERIFIED COMPLAINT FOR DAMAGES                               Page 6

including but not limited to each and every one of the above-
cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

24.   As a result of each and every Defendants' violations
of the FDCPA, Plaintiff is entitled to any actual damages
pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an
amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(1);
statutory damages in an amount up to $1,000.00 pursuant to 15
U.S.C. §1692k(a)(2)(A); and, reasonable attorney's fees and
costs pursuant to 15 U.S.C. §1692k(a)(3) from Defendants.

## COUNT II

## VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

## §§ 1788-1788.32 (RFDCPA)

25.   Plaintiff incorporates by reference all of the above
paragraphs of this Complaint as though fully stated herein.

26.   The foregoing acts and omissions of Defendants
constitute numerous and multiple violations of the RFDCPA.

27.   As a result of Defendants' violations of the RFDCPA,
Plaintiff is entitled to any actual damages pursuant to
California Civil Code § 1788.30(a); statutory damages for a
knowing or willful violation in the amount up to $1,000.00
pursuant to California Civil Code § 1788.30(b); and reasonable
attorney's fees and costs pursuant to California Civil Code §
1788.30(c) from Defendants.

///

1

## PRAYER FOR RELIEF

2        WHEREFORE, Plaintiff prays that judgment be entered against

3   Defendants for:

4               **FAIR DEBT COLLECTION PRACTICES ACT**

5

6        • an award of actual damages pursuant to 15 U.S.C.

         §1692k(a)(1) in an amount to be adduced at trial, from
7
         Defendants;
8

9        • an award of statutory damages of $1,000.00, pursuant

10        to 15 U.S.C. § 1692k(a)(2)(A), from Defendants;

11       • an award of costs of litigation and reasonable

12        attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3)

13        from Defendants.

14            **ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

15       • an award of actual damages pursuant to California

16        Civil Code § 1788.30(a) in an amount to be adduced at

17        trial, from Defendants;

18       • an award of statutory damages of $1,000.00, pursuant

19        to California Civil Code § 1788.30(b), from

20        Defendants;

21       • an award of costs of litigation and reasonable

22        attorney's fees, pursuant to California Civil Code §

23        1788.30(c), from Defendants.

24

25

---

VERIFIED COMPLAINT FOR DAMAGES                                      Page 8

1

**TRIAL BY JURY**

2     Pursuant to the seventh amendment to the Constitution of

3  the United States of America, Plaintiff is entitled to, and

4  demands, a trial by jury.

5  DATED:   February 22, 2013      Respectfully submitted,

6                                  DELTA LAW GROUP

7

8                                  BY: _____

9                                       JIM G. PRICE
                                        Attorneys for Plaintiff
10                                      JOSHUA HAISLIP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VERIFIED COMPLAINT FOR DAMAGES                                    Page 9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**VERIFICATION**

I, JOSHUA HAISLIP, declare:

I am the Plaintiff in this action.  I have read the foregoing document entitled:   **VERIFIED COMPLAINT FOR DAMAGES** and know the contents thereof.  The same is true of my own knowledge, except as to those matters stated therein on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 23 day of February, 2013, at Brentwood, California.

_____
JOSHUA HAISLIP