Craig J. Mariam (SBN: 225280)
cmariam@gordonrees.com
Allison J. Fernandez (SBN: 272853)
afernandez@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (877) 306-0043

Attorneys for defendant
Convergent Outsourcing, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HAISLIP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., a Washington corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 13CV1324 TEH JSC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Thelton E. Henderson<br>Complaint Filed: March 25, 2013<br>Trial Date: Not set |

TO THIS HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their undersigned counsel of record, STIPULATE to the DISMISSAL WITH

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

PREJUDICE of all claims alleged by plaintiff Joshua Haislip against defendant Convergent Outsourcing, Inc..

Respectfully submitted,

By:______________________

Craig J. Mariam
Allison J. Fernandez
GORDON AND REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Attorneys for Convergent Outsourcing, Inc.

Respectfully submitted,

By: ______________________

Jim G. Price
DELTA LAW GROUP
6569 Brentwood Blvd
Brentwood, CA 94513
Attorneys for plaintiff Joshua Haislip

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

**ORDER**

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation, ORDER that the above-entitled action and each and every portion thereof be, and the same hereby is, DISMISSED WITH PREJUDICE.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 19 day of June, 2013.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

Honorable Thelton E. Henderson
U.S. DISTRICT JUDGE